## CERTIFICATE OF SERVICE

      This is to certify that in the case of **LaLuz v. Ortiz, 08 V 2320**, Attorney Melinda Power served the City of Chicago by personal service on April 24, 2008 and Defendant C.A. Ortiz # 17530 on May 1, 2008 by personally serving the Notice of Lawsuit and Request for Waiver of Summons and Complaint on Ms. Pat Martin at 3510 S. Michigan, Chicago, Illinois.

/s/ Melinda Power

Attorney for Plaintiff LaLuz