IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Diego LaLuz | ) | |
|     Plaintiff, | ) | No. 08 C 2320 |
| | ) | |
| v. | ) | |
| | ) | Judge Conlon |
| Chicago Police Officer C.A. Ortiz, STAR | ) | |
| #17530 and the City of Chicago, | ) | Magistrate Denlow |
| | ) | |
|     Defendants. | ) | Jury Trial Demanded |

**DEFENDANT CITY OF CHICAGO'S AGREED MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD
TO PLAINTIFF'S COMPLAINT**

Defendant, City of Chicago ("City"), by its attorney Mara S. Georges, Corporation Counsel for the City, and with the agreement of Plaintiff's counsel, moves this Court for an extension of time until July 14, 2008, to answer or otherwise plead to Plaintiff's Complaint, and in support of this motion states:

1. Plaintiff filed this Complaint against the City of Chicago and Chicago Police Officer C.A. Ortiz on April 23, 2008.

2. On June 5, 2008, shortly after the undersigned counsel was assigned to this case, the City executed a waiver of service, giving the City until June 23, 2008, to answer or otherwise plead to Plaintiff's Complaint.

3. Although documents pertinent to the allegations in Plaintiff's Complaint have been requested from the Chicago Police Department's Office of Legal Affairs, the undersigned counsel has yet to obtain these materials. Therefore, the City asks for an additional twenty-one days, through July 14, 2008, to file its responsive pleading to Plaintiff's Complaint in order to

ensure that counsel for the City may properly investigate Plaintiff's claims before answering.

4. This motion is the City's first request for an extension of time to answer or otherwise plead. Upon information and belief, such a request will not prejudice any party nor unduly delay the resolution of the disputed issues.

5. Defendant City sought Plaintiff's agreement to the extension of time, which Plaintiff's counsel has granted.

WHEREFORE, Defendant, City of Chicago, respectfully asks this Court for an extension of time until July 14, 2008, to file its Answer or to otherwise plead to Plaintiff's Complaint.

Respectfully submitted,

MARA S. GEORGES
CORPORATION COUNSEL

BY: /s/ Meghan K. Kennedy
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-9653
Atty. No. 06283230