IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Diego LaLuz | ) | |
|       Plaintiff, | ) | No. 08 C 2320 |
| | ) | |
| v. | ) | |
| | ) | Judge Conlon |
| Chicago Police Officer C.A. Ortiz, STAR | ) | |
| #17530 and the City of Chicago, | ) | Magistrate Denlow |
| | ) | |
|       Defendants. | ) | Jury Trial Demanded |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To:    Melinda Powers
         Sandeep Basran
         West Town Community Law Office
         2502 West Division
         Chicago, Illinois 60622

      **PLEASE TAKE NOTICE** that on June 11, 2008, Defendant, City of Chicago, filed its **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

      **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Conlon, or before such other judge sitting in her place, on the 17th day of June, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

      I hereby certify that I have served this notice and the attached document by electronic means to the person(s) named above at the address(es) shown this 11th day of June, 2008.

                                                              /s/ Meghan K. Kennedy
                                                              Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
312.744.9653
Atty. No. 6283230