# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2320 | **DATE** | 6/17/2008 |
| **CASE TITLE** | DIEGO LALUZ vs. C.A. ORTIZ, ET AL | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Status hearing held and continued to July 23, 2008 at 9:00 a.m. Defendant City of Chicago's agreed motion for extension of time to July 14, 2008 to answer or otherwise plead [9] is granted.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-02320　Document 11　Filed 06/17/2008　Page 1 of 1

08C2320 DIEGO LALUZ vs. C.A. ORTIZ, ET AL　　　　Page 1 of 1