**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Diego LaLuz | ) | |
| Plaintiff, | ) | No. 08 C 2320 |
| | ) | |
| v. | ) | |
| | ) | Judge Conlon |
| Chicago Police Officer C.A. Ortiz, STAR | ) | |
| #17530 and the City of Chicago, | ) | Magistrate Denlow |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |

**DEFENDANT CARLOS ORTIZ' AGREED MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD
TO PLAINTIFF'S COMPLAINT**

Defendant, Chicago Police Officer Carlos Ortiz ("Ortiz"), by his attorney, Meghan K. Kennedy, Assistant Corporation Counsel, and with the agreement of Plaintiff's counsel, moves this Court for an extension of time until August 1, 2008, to answer or otherwise plead to Plaintiff's Complaint, and in support of this motion states:

1.      Plaintiff filed this Complaint against the City of Chicago and Chicago Police Officer C.A. Ortiz on April 23, 2008.

2.      On June 12, 2008, Officer Ortiz received the civil summons in this case. Therefore, his Answer, or other responsive pleading, is due July 2, 2008.

3.      Officer Ortiz is currently on medical leave and the undersigned counsel has not yet had an opportunity to interview him regarding the facts and circumstances alleged in Plaintiff's Complaint.  Therefore, we respectfully request a thirty day extension, to August 1, 2008, to answer or otherwise plead, so that Officer Ortiz and his counsel may adequately confer before filing.

4.      This motion is Officer Ortiz' first request for an extension of time to answer or otherwise plead.  Currently, Defendant City has until July 14, 2008, to answer Plaintiff's Complaint and the next court status in this matter is not scheduled until July 23, 2008.  Upon information and belief, Defendant Ortiz' request for an extension will not prejudice any party nor unduly delay the resolution of the disputed issues.

5.      Defendant Ortiz sought Plaintiff's agreement to the extension of time, which Plaintiff's counsel has granted.


WHEREFORE, Defendant, Carlos Ortiz, respectfully asks this Court for an extension of time until August 1, 2008, to file his Answer or to otherwise plead to Plaintiff's Complaint.

Respectfully submitted,


BY:     /s/ Meghan K. Kennedy
        Assistant Corporation Counsel
        Attorney for Defendant Ortiz

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-9653
Atty. No. 06283230