## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2320 | **DATE** | 7/08/08 |
| **CASE TITLE** | DIEGO LALUZ vs. CHICAGO POLICE OFFICER C.A. ORTIZ, ET AL | | |

**DOCKET ENTRY TEXT**

Defendant Carlos Ortiz' agreed motion for an extension of time to August 1, 2008 to answer or otherwise plead to plaintiff's complaint [13] is granted. NO FURTHER EXTENSIONS. Status hearing set on July 23, 2008 stands.

*[signature: Suzanne B. Conlon]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|