# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2320 | **DATE** | 7/23/2008 |
| **CASE TITLE** | DIEGO LALUZ vs. C.A. ORTIZ, ET AL | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant shall comply with FRCP 26(a)(1) by August 1, 2008. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on November 20, 2008. Submission of the joint final pretrial order and agreed pattern jury instructions is set on December 11, 2008 at 9:00 a.m.; plaintiff shall submit draft to defendant by December 4, 2008. The case is placed on the December trial calendar. THESE ARE FIRM DATES.

*Suzanne B. Conlon*
Notices mailed by Judicial staff.

00:5

| | | Courtroom Deputy Initials: | WH |
|---|---|---|---|