UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Diego LaLuz,** | ) | |
| | ) | Case No. 08 C 2320 |
| Plaintiff, | ) | |
| | ) | Judge Conlon |
| V. | ) | |
| | ) | Magistrate Judge Denlow |
| **Chicago Police Officer** | ) | |
| **C.A. Ortiz, STAR # 17530 and** | ) | Jury Demand |
| **the City of Chicago,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO: Melinda Power
Sandeep Basran
WEST TOWN COMMUNITY LAW OFFICE
2502 West Division Street
Chicago, Illinois  60622

**PLEASE TAKE NOTICE** that on this 31st day of July 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT ORTIZ' ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the person named above at the address shown this 31st day of July 2008.

                                              Respectfully submitted,

                                              MARA S. GEORGES
                                              Corporation Counsel
                                              for the City of Chicago
                        By:    */s/ Meghan K. Kennedy*
                                              MEGHAN K. KENNEDY
                                              Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
Attorney No. 6283230