**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:   08 C 2320

DIEGO LaLUZ, Plaintiff,

v.

CITY OF CHICAGO, et al., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Carlos Ortiz

| |
|---|
| NAME (Type or print)<br>Meera Werth |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Meera Werth |
| FIRM<br>City of Chicago Department of Law |
| STREET ADDRESS<br>30 North LaSalle Street, Room 1020 |
| CITY/STATE/ZIP<br>Chicago, IL 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    TELEPHONE NUMBER<br>6187233                                                         (312) 742-7035 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?      YES **X**      NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐      NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?       YES **X**      NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES **X**   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ |